# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs.    )<br>)<br>LELAND DAVID MARTIN,  ) | No. NA 02-CR-0023-01-B/N<br>No. 1:06-cv-645-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:06-cv-645-SEB-JMS is **dismissed with prejudice.**

Date: 02/02/2007

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Leland D. Martin
Reg. No. 07019-028
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048